AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_____ **District of** _____

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, __David A. Talley_____ declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Hampden County Correctional Facility_

   Are you employed at the institution? _No_    Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest or dividends    ☐ Yes    ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments    ☐ Yes    ☑ No
   e. Gifts or inheritances    ☑ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☑ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

— Cost of Clothing from inmate (#20.) between County [illegible]

4. Do you have any cash or checking or savings accounts?   ☑ Yes   ☐ No

   If "Yes," state the total amount.   $20.75   (per institution)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☑ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A

I declare under penalty of perjury that the above information is true and correct.

_____   _____
Date   Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

CERTIFICATE

I hereby certify that the movant herein has the sum of $_____ on account to his credit at the _____ institution where he is confined.

I further certify that movant likewise has the following securities to his credit according to the records of said _____ institution: _____

_____
_____
_____
_____

_____
Authorized Officer of Institution

*[handwritten signature]*
*Inmate Access*
*3/1/05*



# Plymouth County Correctional Facility

**Account #:** 34839
**Account Name:** TALLEY, DAVID ALLEN
**Account Type:** I   INMATE CANTEEN ACCOUNTS
**SSN:** 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       **Indigent:** No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2005/03/07 | 13:15 | CNTN | 1529774 | 57184 | OID:100108656-ComisaryPurch-Re | -$20.51 | $50.98 | 401529 | Purch20050307131401 |
| 2005/03/02 | 08:31 | CNTN | 1525990 | 56705 | OID:100107822-ComisaryPurch-Re | -$16.16 | $71.49 | 401529 | Purch20050302080419 |
| 2005/02/22 | 10:39 | CNTN | 1522650 | 56301 | OID:100107216-ComisaryPurch-Re | -$22.08 | $87.65 | 401529 | Purch20050222103638 |
| 2005/02/18 | 12:29 | CNTN | 1521721 | 55836 | OID:100105670-ComisaryRefund-R | $1.54 | $109.73 | 401529 | Purch20050218122745 |
| 2005/02/16 | 10:14 | CNTN | 1519470 | 55665 | OID:100105670-ComisaryPurch-Re | -$42.01 | $108.19 | 401529 | Purch20050216100751 |
| 2005/02/10 | 09:53 | DPMO | 1517786 | 4484543882 | S. CURRY | $150.00 | $150.20 | 401529 | MAIL.2/10/05 |
| 2005/02/07 | 14:51 | CNTN | 1515474 | 55134 | OID:100104642-ComisaryPurch-Re | -$2.72 | $0.20 | 401529 | Purch20050207144804 |

*Cheryl Dineen*
*Inmate Accts clerk*
*3/11/05*



# Plymouth County Correctional Facility

Account #: 34839
Account Name: TALLEY, DAVID ALLEN
Account Type: I    INMATE CANTEEN ACCOUNTS
SSN: 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    Indigent: No

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2005/03/07 | 13:15 | CNTN | 1529774 | 57184 | OID:100108656-ComisaryPurch-Re | -$20.51 | $50.98 | 401529 | Purch20050307131401 |
| 2005/03/02 | 08:31 | CNTN | 1525990 | 56705 | OID:100107822-ComisaryPurch-Re | -$16.16 | $71.49 | 401529 | Purch20050302080419 |
| 2005/02/22 | 10:39 | CNTN | 1522650 | 56301 | OID:100107216-ComisaryPurch-Re | -$22.08 | $87.65 | 401529 | Purch20050222103638 |
| 2005/02/18 | 12:29 | CNTN | 1521721 | 55836 | OID:100105670-ComisaryRefund-R | $1.54 | $109.73 | 401529 | Purch20050218122745 |
| 2005/02/16 | 10:14 | CNTN | 1519470 | 55665 | OID:100105670-ComisaryPurch-Re | -$42.01 | $108.19 | 401529 | Purch20050216100751 |
| 2005/02/10 | 09:53 | DPMO | 1517786 | 4484543882 | S. CURRY | $150.00 | $150.20 | 401529 | MAIL2/10/05 |
| 2005/02/07 | 14:51 | CNTN | 1515474 | 55134 | OID:100104642-ComisaryPurch-Re | -$2.72 | $0.20 | 401529 | Purch20050207144804 |
| 2005/01/31 | 15:00 | CNTN | 1511954 | 54667 | OID:100103845-ComisaryPurch-Re | -$2.74 | $2.92 | 401529 | Purch20050131145743 |
| 2005/01/25 | 11:13 | CNTN | 1508819 | 54140 | OID:100102630-ComisaryPurch-Re | -$16.89 | $5.66 | 401529 | Purch20050125111100 |
| 2005/01/25 | 08:19 | CNTN | 1508111 | 53822 | OID:100101981-ComisaryRefund-R | $1.48 | $22.55 | 401529 | Purch20050125081818 |
| 2005/01/21 | 09:35 | DPCA | 1507728 | | setrena | $20.00 | $21.07 | 401529 | 20050120 |
| 2005/01/18 | 11:55 | CNTN | 1505661 | 53697 | OID:100101981-ComisaryPurch-Re | -$39.02 | $1.07 | 401529 | Purch20050118111432 |
| 2005/01/11 | 10:37 | DPMO | 1503699 | 8009873256 | S. CURRY | $40.00 | $40.09 | 401529 | 2MAIL1/11/05 |
| 2005/01/10 | 12:01 | CNTN | 1501887 | 53154 | OID:100100727-ComisaryPurch-Re | -$2.69 | $0.09 | 401529 | Purch20050110115830 |
| 2005/01/03 | 11:11 | CNTN | 1498651 | 52639 | OID:100099714-ComisaryPurch-Re | -$8.30 | $2.78 | 401529 | Purch20050103110750 |
| 2004/12/28 | 10:45 | CNTN | 1495280 | 52131 | OID:100098700-ComisaryPurch-Re | -$22.44 | $11.08 | 401529 | Purch20041228102709 |
| 2004/12/23 | 09:16 | CNTN | 1494537 | 51788 | OID:100098278-ComisaryRefund-R | $1.65 | $33.52 | 401529 | Purch20041223091451 |
| 2004/12/20 | 10:54 | CNTN | 1491958 | 51753 | OID:100098278-ComisaryPurch-Re | -$49.89 | $31.87 | 401529 | Purch20041220105112 |
| 2004/12/20 | 09:52 | DPCA | 1491452 | | steven jones | $10.00 | $81.76 | 401529 | 20041217v |
| 2004/12/16 | 14:43 | CNTN | 1490965 | 51274 | OID:100096933-ComisaryRefund-R | $0.95 | $71.76 | 401529 | Purch20041216144215 |
| 2004/12/16 | 09:11 | DPCA | 1490702 | | Sebrena Curry 31 Ellington St | $40.00 | $70.81 | 401529 | 20041215V |
| 2004/12/13 | 12:48 | DPCA | 1487893 | | STEVEN JONES | $20.00 | $30.81 | 401529 | 20041211V |
| 2004/12/13 | 10:44 | CNTN | 1488250 | 51183 | OID:100096933-ComisaryPurch-Re | -$26.37 | $10.81 | 401529 | Purch20041213104138 |
| 2004/12/10 | 08:53 | CNTN | 1487584 | 50770 | OID:100096013-ComisaryRefund-R | $2.84 | $37.18 | 401529 | Purch20041210085143 |
| 2004/12/06 | 14:50 | CNTN | 1485120 | 50699 | OID:100096013-ComisaryPurch-Re | -$35.02 | $34.34 | 401529 | Purch20041206144716 |
| 2004/12/06 | 12:44 | DPCA | 1484038 | | KAREN | $14.00 | $69.36 | 401529 | 20041204 |
| 2004/12/01 | 08:10 | DPMO | 1481223 | 4517559519 | NOEMI RAMOS | $35.00 | $55.36 | 401529 | MAIL.11/30/04 |
| 2004/11/29 | 14:41 | CNTN | 1481474 | 50127 | OID:100094759-ComisaryPurch-Re | -$21.38 | $20.36 | 401529 | Purch20041129143812 |

Printed: 3/11/2005    10:30    Page: 1

## Account History Report

| Post. Date | Post. Time | Type | Trans. # | Ref. # | From/To | Amount | Balance | Booking # | Batch ID |
|---|---|---|---|---|---|---|---|---|---|
| 2004/11/29 | 12:03 | DPCA | 1480283 | | BARRY K | $13.00 | $41.74 | 401529 | 20041127V |
| 2004/11/29 | 08:08 | CNTN | 1480559 | 49723 | OID:100093648-ComisaryRefund-R | $1.05 | $28.74 | 401529 | Purch20041129080722 |
| 2004/11/22 | 11:09 | CNTN | 1477330 | 49594 | OID:100093648-ComisaryPurch-Re | -$24.95 | $27.69 | 401529 | Purch20041122103909 |
| 2004/11/19 | 09:00 | CNTN | 1476718 | 49216 | OID:100092830-ComisaryRefund-R | $2.84 | $52.64 | 401529 | Purch20041119085848 |
| 2004/11/17 | 05:56 | DPCA | 1476132 | | karen barry | $5.00 | $49.80 | 401529 | 20041116v |
| 2004/11/15 | 14:48 | CNTN | 1474441 | 49125 | OID:100092830-ComisaryPurch-Re | -$22.84 | $44.80 | 401529 | Purch20041115144514 |
| 2004/11/12 | 17:02 | DPCA | 1472780 | | karen barry | $8.00 | $67.64 | 401529 | 20041109v |
| 2004/11/11 | 10:57 | DPMO | 1473200 | | CASH CLEARING | $35.00 | $59.64 | 401529 | LT CASE |
| 2004/11/08 | 13:11 | DPCA | 1470230 | | KAREN BARRY | $12.00 | $24.64 | 401529 | 200411066V |
| 2004/11/08 | 12:07 | CNTN | 1470905 | 48532 | OID:100091368-ComisaryPurch-Re | -$25.45 | $12.64 | 401529 | Purch20041108120259 |
| 2004/11/01 | 15:14 | CNTN | 1467510 | 48009 | OID:100090275-ComisaryPurch-Re | -$35.58 | $38.09 | 401529 | Purch20041101151015 |
| 2004/11/01 | 12:51 | DPCA | 1466603 | | KAREN BARRY | $16.00 | $73.67 | 401529 | 20041030V |
| 2004/10/25 | 15:04 | CNTN | 1464131 | 47495 | OID:100089301-ComisaryPurch-Re | -$13.37 | $57.67 | 401529 | Purch20041025150051 |
| 2004/10/25 | 08:09 | DPMO | 1463240 | 8008656886 | MORIE CURRY | $40.00 | $71.04 | 401529 | MAIL10/22/04 |
| 2004/10/18 | 14:30 | CNTN | 1460884 | 47004 | OID:100088363-ComisaryPurch-Re | -$20.05 | $31.04 | 401529 | Purch20041018142756 |
| 2004/10/18 | 14:18 | WDCA | 1460692 | | MAIL TO DORCHESTER, MA | -$0.37 | $51.09 | 401529 | POST10/18/04 |
| 2004/10/14 | 08:05 | DPMO | 1459446 | 4530011539 | NOEMI RAMOS | $25.00 | $51.46 | 401529 | 2MAIL10/13/04 |
| 2004/10/12 | 11:13 | CNTN | 1457287 | 46587 | OID:100087827-ComisaryPurch-Re | -$21.30 | $26.46 | 401529 | Purch20041012111008 |
| 2004/10/05 | 08:11 | CNTN | 1454027 | 46011 | OID:100086457-ComisaryPurch-Re | -$29.14 | $47.76 | 401529 | Purch20041005080848 |
| 2004/09/29 | 08:10 | DPMO | 1452471 | 4530010723 | NORMAN R. | $34.00 | $76.90 | 401529 | 2MAIL9/28/04 |
| 2004/09/27 | 16:11 | CNTN | 1450685 | 45504 | OID:100085449-ComisaryPurch-Re | -$19.41 | $42.90 | 401529 | Purch20040927145735 |
| 2004/09/20 | 14:43 | CNTN | 1447483 | 45023 | OID:100084542-ComisaryPurch-Re | -$28.64 | $62.31 | 401529 | Purch20040920144015 |
| 2004/09/14 | 08:04 | DPMO | 1443768 | 4530009489 | N. RAMOS | $50.00 | $90.95 | 401529 | MAIL.9/13/04 |
| 2004/09/13 | 14:22 | CNTN | 1443949 | 44468 | OID:100083263-ComisaryPurch-Re | -$15.11 | $40.95 | 401529 | Purch20040913141702 |
| 2004/09/13 | 11:25 | DPCA | 1442998 | | Setrena Curry 124 BIRCH Strec | $40.00 | $56.06 | 401529 | 20040911V |
| 2004/09/09 | 10:29 | DPMO | 1442718 | 8100089249 | MAIL | $15.00 | $16.06 | 401529 | MAIL.9/9/04 |
| 2004/09/07 | 10:37 | CNTN | 1440422 | 43991 | OID:100082287-ComisaryPurch-Re | -$19.14 | $1.06 | 401529 | Purch20040907103437 |

*Cheryl Dixon*
*Inmate Accounts*
*Clerk*
*3-11-05*

Printed:   3/11/2005   10:30          Page:   2