UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                   )
UNITED STATES OF AMERICA    )
                                                   )
                                                   )
v.                                                 )          CA- 05-10500-RWZ
                                                   )
                                                   )
DAVID TALLEY                           )
    Defendant                             )
_____ )

## ORDER OF APPOINTMENT OF FEDERAL DEFENDER

ZOBEL, D.J.

It is hereby ORDERED that the Office of the Federal Defender for the District of Massachusetts, Williams Building, 408 Atlantic Avenue, Boston, Massachusetts, 02110, (617) 223-8061 is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

Rya W. Zobel
U.S. District Judge

By:_s/ Lisa A. Urso
   Deputy Clerk

March 23, 2005