UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CA-05-10500-RWZ |
| | ) | |
| DAVID TALLEY, | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF PAUL R. MOORE**

Please enter and add the appearance of Assistant U.S. Attorney Paul R. Moore for the United States of America in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Paul R. Moore
    PAUL R. MOORE
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
Date: March 25, 2005   (617) 748-3654

CERTIFICATE OF SERVICE

Suffolk, ss.                                              Boston, Massachusetts
                                                          March 25, 2005

      I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on Defendant's Counsel, the Federal Public Defender for the District of Massachusetts (per order of the court on March 23, 2005), by leaving a copy of same at the U.S. Attorney's Reception Desk for pick up by the Federal Defenders' Office.

      /s/ Paul R. Moore
      Paul R. Moore
      Assistant U.S. Attorney